| | | | |
|---|---|---|---|
| AUSA: | David Patrick Cowen | Telephone: | (313) 226-9575 |
| Special Agent: | Jimmie Pharr (ATF) | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
WANTIA MOORE

Case: 2:22−mj−30283
Assigned To : Unassigned
Assign. Date : 6/21/2022
CMP: USA v MOORE (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 24, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jimmie Pharr, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 21, 2022__

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016. I am currently assigned to the Detroit Field Division. I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was also employed as a Detroit Police Officer for the City of Detroit for approximately three years, 2013-2016. During my

employment with the Detroit Police Department, I conducted and participated in numerous criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2. This affidavit is in support of an application for an arrest warrant for Wantia MOORE (DOB: XX/XX/XX75) for the crime of Title 18, U.S.C. § 922(g)(1), felon in possession of a firearm.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives, and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II. SUMMARY OF THE INVESTIGATION

4. In March 2022, I reviewed police reports regarding a domestic violence incident in Detroit, Michigan involving Wantia MOORE. MOORE is a felon with prior convictions for Assault with a Dangerous Weapon in 2001 and Assault with Intent to do Great

Bodily Harm less than Murder and Weapons Felony Firearm in 2004, and therefore prohibited from possessing firearms.

5. On March 24, 2022, at approximately 4:02 a.m., Detroit Police Department (DPD) Officers responded to a domestic violence incident at MOORE's residence located at 14240 Prevost Street in Detroit, MI, within the Eastern District of Michigan. Officers contacted Victim 1, who said that Victim 1 was physically assaulted by Victim 1's ex-husband, Wantia MOORE, inside the residence. Victim 1 further explained to DPD officers that after being physically assaulted by MOORE, he then went into the bedroom, retrieved a loaded revolver handgun, and verbally threated Victim 1, stating "You better stop playing with me or I'll do you like I did my ex-wife." Victim 1 immediately called the police, left the residence, and waited in a vehicle until the police arrived. Through the investigation, ATF was able to corroborate that MOORE had in fact previously shot his ex-wife and went to prison for that 2004 felony conviction.

6. On June 14, 2022, after reviewing DPD officers' body worn camera footage of the March 24, 2022, domestic incident, I

observed a DPD officer and Victim 1 attempt to make entry into the 14240 Prevost Street in Detroit, MI via key, but officers were informed by Victim 1 that there was now a barricade on the front door. Officers then began knocking on the front door of the residence, but MOORE did not answer. Victim 1 also informed officers MOORE usually keeps his firearm in the bedroom closet or near the refrigerator in the bedroom. MOORE and Victim 1 resided at the residence and were attempting to mend their relationship. ATF also reviewed the body-worn cameras from the investigation and observed Victim 1's injuries and description of the incident, including reference to the firearm.

7. In June of 2022, MOORE was observed leaving and returning to the residence on several occasions. MOORE used a key to lock and unlock the front door of the residence to gain access.

8. On June 16, 2022, I, ATF Special Agent Pharr swore to and obtained a sealed federal search warrant (2:22-MC-51074-1) for 14240 Prevost St, Detroit, MI from United States Magistrate Judge Kimberly G. Altman.

9. On June 21, 2022, at approximately 6:35 a.m., ATF law enforcement personnel wearing fully marked "POLICE" and/or "ATF" identifiers arrived at 14240 Prevost Street, Detroit, MI 48227. Agents approached the residence and went on to the porch of the 14240 Prevost Street. Agents observed MOORE looking out the left front window of the residence, later determined to be the first-floor bedroom. Agents knocked and announced "POLICE SEARCH WARRANT OPEN THE DOOR" multiple times. As agents were opening the front security door, MOORE opened the front door of the residence, complied with law enforcement orders to come out of the residence and was detained. The entry team proceeded to search the residence and did not encounter any other individuals. The entry team completed the protective sweep with negative results. Once the entry team secured the residence, Special Agent Klupacs took a pre-search video of the residence. The search team conducted a search of the residence and Special Agent Klupacs photographed the below-listed items in place. Special Agent Brandon documented the items on a digital evidence control log and

documented the items on the search warrant return, and later entered the items on ATF evidence.

10. During the search of the residence law enforcement officers recovered one (1) Smith and Wesson .357 Magnum revolver bearing serial number "CTJ2586" loaded with five rounds of .357 caliber ammunition. The firearm was located and recovered by Special Agent Brandon concealed in a holster inside the cabinet over the bed in the first-floor northwest bedroom. While the firearm was being recovered, MOORE stated in the presence of Agents "what are y'all looking for?", agents stated we are looking for firearms and MOORE state that he had a ".357" in the bedroom. Also recovered was One (1) fifty (50) count box of .PMC 40 caliber ammunition containing twelve (12) rounds of ammunition located by Special Agent Colon and recovered by Special Agent Klupacs from a backpack hanging on the wall in the first-floor northwest bedroom; One (1) Oakland Medical Group documents in the name of WAN-TIA MOORE with a listed address of 14240 Prevost Street Detroit, Michigan 48227 located by Special Agent Colon and recovered by Special Agent Klupacs

from on top of the cabinet over the bed in the first-floor northwest bedroom; one (1) six (6) shot .357 Magnum speed loader containing five (5) rounds of .357 caliber ammunition located by Special Agent Colon and recovered by Special Agent Klupacs from the top drawer of the dresser in the first-floor northwest bedroom; twelve (12) rounds of .45 caliber ammunition bearing the headstamp "PMC 45 AUTO" and one (1) round of .357 magnum ammunition bearing the headstamp "ELD 357 MAG" located and recovered by Special Agent Klupacs from inside a shoebox on top of the radiator in the first-floor northwest bedroom.

11. I conducted an audio recorded post-*Miranda* custodial interview with MOORE. MOORE was read his *Miranda* Rights and waived those Rights to speak with ATF Special Agent Rambus and me. During the interview, MOORE stated his sister is the owner 14240 Prevost Street in Detroit, MI but MOORE resides at the residence. MOORE confirmed he sleeps in the first-floor northwest bedroom of the residence, but stated he was sleeping on the living room couch which is not consistent with what agents observed as agents were present outside of the residence.

MOORE also confirmed that he was a convicted felon and that he was prohibited from possessing firearms. MOORE stated that he severed fifteen years in prison for Assault with Intent to do Great Bodily Harm less than Murder in 2004. MOORE stated he did not own any firearms and that the firearm was bought to the location by another person, but he was aware the firearm was in the bedroom. The Smith and Wesson .357 Magnum revolver bearing serial number "CTJ2586" was recovered in a cabinet above the bed. Also, in the cabinet with the firearm was MOORE's cancer medication and his medical record were located on top of the same cabinet.

12. MOORE has the following criminal history:

- 2001, Felony: Assault with a Dangerous Weapon in the Thirty Seventh Circuit Court of Michigan case number 97001686FH, Macomb County.

- 2004, Felony: Assault with Intent to do Great Bodily Harm less than Murder and Weapons Felony Firearm in the Third Circuit Court of Michigan case number 04-004114-01-FH, Wayne County.

13. As an ATF Firearm Interstate Nexus agent, it is in my opinion that the Smith and Wesson .357 Magnum revolver bearing serial number "CTJ2586", was manufactured outside of Michigan. Therefore, the firearm possessed by MOORE traveled in interstate or foreign commerce.

## III. CONCLUSION

14. Based on the facts of the domestic incident from March 24, 2022, where MOORE is described pulling a revolver out of his bedroom at his residence, 14240 Prevost Street in Detroit, MI, a Smith and Wesson .357 Magnum revolver bearing serial number "CTJ2586" being recovered from MOORE's bedroom as described above in a bedroom where MOORE medical records and medication was found, probable cause exists that Wantia MOORE, a convicted felon, was in possession of a firearm, manufactured outside the state of Michigan, knowing that he was a felon and prohibited from possessing any firearms or ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

_____
Jimmie Pharr, Special Agent,
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE